**Order entered January 26, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01090-CV

### ZOHRA KHWAJA, Appellant

### V.

### QUIK-WAY RETAIL ASSOCIATES II, LTD., Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01589**

## ORDER

We **GRANT** appellee's January 23, 2015 unopposed second motion for an extension of time to file a brief. Appellee shall file its brief by **FEBRUARY 23, 2015**. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE